UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. McCRAY,<br><br>                                Petitioner,<br><br>      -against-<br><br>SUPERINTENDENT OF THE GREEN HAVEN CORRECTIONAL FACILITY,<br><br>                                Respondent. | 1:20-CV-3994 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 18, 2020, dismissing this action without prejudice to Petitioner's claims for *habeas corpus* relief in *McCray v. Royce*, 1:20-CV-4127,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to Petitioner's claims for *habeas corpus* relief in *McCray*, 1:20-CV-4127.

Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   September 18, 2020
             New York, New York

                                                  COLLEEN McMAHON
                                                  Chief United States District Judge